Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV  89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON WILEY, an individual | Case No.: 2:21-cv-000894-JAD-EJY |
| Plaintiff, | **ORDER EXTENDING TIME TO HOLD 26.1(f) CONFERENCE AND TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Pursuant to the Stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED extending the time for the parties to complete the 26(f) conference for thirty (30) days from today's date. IT IS FURTHER ORDERED extending the time for the parties to file the joint Discovery Plan and Scheduling Order fourteen (14) days following the completion of the 26(f) conference.

DATED: August 3, 2021

Hon. Elayna J. Youchah
United States Magistrate Judge